## Case No. 7,420.

JOHNSON v. WASHINGTON.

[5 Cranch, C. C. 434.] [1]

Circuit Court, District of Columbia. March Term, 1838.

Mr. Dandridge, for appellant,

Mr. Bradley, contra,

THE COURT (MORSELL, Circuit Judge, not giving any opinion) was of opinion that the corporation has a discretion to prohibit the granting of tavern licenses to colored persons.

THE COURT also (CRANCH, Chief Judge, giving no opinion) decided that justices of the peace have jurisdiction in suits against women, in cases not exceeding fifty dollars in value.